AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
| v. | ) |
| Keidy Yareli RIVERA-Villa | ) Case No. 23-00004MJ-002 |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Keidy Yareli RIVERA-Villa,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

8 USC 1324(a)(1)(A)(ii) / 1324(a)(1)(A)(v) - conspiracy to transport Aliens

Date: January 24, 2023

*Issuing officer's signature*

City and state:   Tucson, Arizona

Eric J. Markovich, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/24/2023, and the person was arrested on *(date)* 2/16/2023
at *(city and state)* Camp Verde, AZ.

Date: 2/16/2023

DANIEL R KICKER
Digitally signed by DANIEL R KICKER
Date: 2023.02.16 18:58:26 -07'00'

*Arresting officer's signature*

Daniel Kicker Special Agent HSI
*Printed name and title*

CC: AUSA; Defense Counsel; PTS; USMS